```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

FRED MAYBERRY,                  )
                                )
            Plaintiffs,         )
                                )
      vs.                       )     No. 4:06-CV-676 (CEJ)
                                )
AMERICAN FAMILY MUTUAL          )
INSURANCE CO., et al.,          )
                                )
            Defendants.         )

**ORDER**

**IT IS HEREBY ORDERED** that the parties shall submit complete transcripts of all deposition testimony that is cited in support of or in opposition to a motion. Excerpted portions of a witness's deposition testimony will not be considered by the Court absent a showing of good cause for not submitting the entire transcript.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 21st day of July, 2006.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com