```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


FRED MAYBERRY,                    )
                                  )
          Plaintiff,              )
                                  )
     vs.                          )      No. 4:06-CV-676 (CEJ)
                                  )
AMERICAN FAMILY MUTUAL            )
INSURANCE CO., et al.,            )
                                  )
          Defendants.             )
```

**ORDER**

After considering the brief filed by defendant Northland Insurance Company and the oral argument of the parties, the Court finds that the amount in controversy requirement for diversity jurisdiction has not been met. Thus, removal of this action was improper as the Court lacks subject matter jurisdiction.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall remand this action to the Twenty-Second Judicial Circuit Court (City of St. Louis) of Missouri from which it was removed.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 30th day of November, 2006.